UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

QUDSIA HAMRAZ and GOHLAM HAMRAZ,                    NOTICE OF APPEAL

                           Plaintiffs,
    -against-                                                 18 CV 1864

DIVERSIFIED MAINTENANCE SYSTEMS, LLC,               REYES, M.J.
and ECOLAB INC.,

                           Defendants.

----------------------------------------X

      PLEASE TAKE NOTICE, that QUDSIA HAMRAZ and GOHLAM HAMRAZ, plaintiffs, hereby appeal to the United States Court of Appeals for the Second Circuit, from an Order dated August 14, 2023 and judgment entered thereon, and all interlocutory and underlying proceedings and orders, and the consequent judgment in favor of defendant, ECOLAB, INC. entered thereon, and from each and every part thereof.

Dated: Garden City, New York
       September 8, 2023

                                          HARRY H. KUTNER, JR. (K-9497)
                                          Attorney for plaintiffs-appellants
                                          1325 Franklin Avenue, Suite 225
                                          Garden City, New York 11530
                                          (B) (516) 741-1400
                                          (E) hhkutnerlaw@gmail.com

HARRY H. KUTNER, JR.
ATTORNEY-AT-LAW
1325 Franklin Avenue
Suite 225
Garden City, N.Y. 11530
(516) 741-1400

ALL-STATE LEGAL®
800.222.0510 www.aslegal.com

Index No. _____   Year 20 ___

# UNITED STATES DISTRICT COURT   EASTERN DISTRICT OF NEW YORK

QUDSIA HAMRAZ and GOHLAM HAMRAZ,

                        Plaintiffs,

-against-

DIVERSIFIED MAINTENANCE SYSTEMS, LLC,
and ECOLAB INC.,

                        Defendants.

## NOTICE OF APPEAL

**HARRY H. KUTNER, JR.**
Attorney(s) for Plaintiffs

1325 FRANKLIN AVENUE, SUITE 225
GARDEN CITY, NEW YORK 11530
(B) 516-741-1400
(F) 516-741-8712
(E) HHKUTNERLAW@GMAIL.COM

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.

Dated: _____   Signature _____

**HARRY H. KUTNER, JR.**

Service of a copy of the within _____ is hereby admitted.

Dated: _____

                        Attorney(s) for _____

PLEASE TAKE NOTICE

Check Applicable Box

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a _____ entered in the office of the clerk of the within-named Court on _____ 20 ___

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon. _____, one of the judges of the within-named Court, at _____ on _____ 20 ___, at _____ M.

Dated: _____

**HARRY H. KUTNER, JR.**

Attorney(s) for